# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELVET MALONE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STONELEDGE FURNITURE, LLC; ASHLEY FURNITURE INDUSTRIES, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-00584-MCE-AC<br><br>Assigned to Judge Morrison C. England; Magistrate Judge Allison Claire<br><br>**ORDER GRANTING DEFENDANTS STONELEDGE FURNITURE, LLC AND ASHLEY FURNITURE INDUSTRIES, LLC'S UNOPPOSED MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND STAY THE PAGA CLAIM PENDING ARBITRATION**<br><br>Date:        August 12, 2021<br>Time:       2:00 p.m.<br>Ct. Rm.:   7<br><br>Complaint Filed: February 2, 2021<br>FAC Filed:            April 20, 2021<br>Removal Filed:    March 29, 2021 |

# ORDER

Presently before the Court is Defendants' Stoneledge Furniture, LLC and Ashley Furniture Industries, LLC's Motion to Compel Arbitration, Dismiss Class Claims, and Stay the PAGA Claim. After considering the papers submitted, along with Plaintiff's statement of non-opposition, the Court GRANTS the motion.

**IT IS ORDERED** that:

1. Plaintiff Velvet Malone shall arbitrate his claims against Defendants on an individual basis pursuant to the Arbitration Agreement;

2. Plaintiff's putative class claims are dismissed pursuant to the class action waiver provision in the Arbitration Agreement; and

3. This action, including Plaintiff's representative PAGA claim, shall be stayed pending completion of the arbitration, but this Court shall retain jurisdiction to enter or confirm an award of the arbitrator.

4. Not later than sixty (60) days following the date this Order is electronically filed, and every sixty (60) days thereafter until the stay is lifted, the parties shall file a joint status report advising the Court as to the status of that arbitration.

IT IS SO ORDERED.

Dated: September 28, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE