Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:  sec@colevannote.com
Email:  lvn@colevannote.com
Web:    www.colevannote.com

Attorneys for Representative Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VELVET MALONE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>STONELEDGE FURNITURE, LLC; ASHLEY FURNITURE INDUSTRIES, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. 2:21-cv-00584-MCE-AC**<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION; ORDER** |

Plaintiff Velvet Malone ("Plaintiff") and Defendants Stoneledge Furniture, LLC and Ashley Furniture Industries, Inc. ("Defendants"), acting through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on February 2, 2021, Plaintiff filed a Complaint for Damages (the "Action") in the Superior Court of the State of California for the County of Sacramento;

**WHEREAS**, on March 29, 2021, Defendants filed a Notice of Removal of the Action to this Court;

1  **WHEREAS**, on June 29, 2021, Defendants filed a motion to compel arbitration, dismiss Plaintiff's putative class claims, and stay this action pending arbitration (the "Motion");

4  **WHEREAS**, on September 28, 2021, the Court granted Defendants' Motion, thereby dismissing Plaintiff's putative class claims, ordering Plaintiff's individual claims to arbitration, and staying this action, including Plaintiff's representative claim under the Labor Code Private Attorneys General Act ("PAGA") pending the completion of arbitration;

9  **WHEREAS**, thereafter, the parties engaged in traditional discovery and other litigation efforts toward developing and/or challenging the issues/allegations in the Action;

12  **WHEREAS**, after consideration of the continued costs of litigation and strengths and weaknesses of each party's position, the parties entered into an agreement to settle the Action for Plaintiff, on an individual basis only. The parties' settlement of the Action resolves all claims Plaintiff brought or could have reasonably brought against Defendants on his own behalf, without purporting to waive any claims or allegations for/of any other person (e.g., the State of California and/or the allegedly aggrieved employees under PAGA). The settlement agreement was fully executed by the parties as of April 26, 2022;

20  **WHEREAS**, according to the terms of the settlement agreement, Plaintiff now respectfully requests the Court dismiss the lawsuit in its entirety. Plaintiff's representative PAGA claim should be dismissed *without* prejudice and Plaintiff's individual claims should be dismissed with prejudice.  Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(2), when there is no counterclaim on file, the Court may dismiss a civil action on such terms and conditions as it deems proper, without approval by Defendants, although Defendants join in this request via this Stipulation;

27  **WHEREAS,** no motion for class certification has been filed, no notice of the representative PAGA claim has been disseminated to allegedly aggrieved

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800

employees, and no other persons will be prejudiced in any way by the requested dismissal. Moreover, no additional sums are being paid to Plaintiff or his counsel in exchange for the dismissal of any other person(s)' claims;

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the parties hereto, through their attorneys of record, that Plaintiff shall dismiss the Action and his individual claims therein with prejudice (consistent with the terms of the executed settlement agreement), and that the representative PAGA claim in the operative Complaint brought on behalf of the State of California and aggrieved employees be dismissed *without* prejudice.

**IT IS SO STIPULATED.**

Dated:    May 23, 2022         **COLE & VAN NOTE**

By: /s/ Scott Edward Cole
Scott Edward Cole, Esq.
Attorneys for Representative Plaintiff
_____

Dated:    May 23, 2022         **MORGAN, LEWIS & BOCKIUS, LLP**

By: /s/ David J. Rashe
Barbara J. Miller, Esq.
David J. Rashe, Esq.
Attorneys for Defendants

## **ORDER**

The parties having so stipulated and good cause appearing, **IT IS HEREBY ORDERED** that, in accordance with the parties' settlement agreement, the Action and Plaintiff's individual claims therein be DISMISSED in its/their entirety with prejudice, and that the representative PAGA claim brought on behalf of the State of California and aggrieved employees be DISMISSED without prejudice. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: May 31, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE